# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.                                Case Number: 19cv789 WMW/HB

Inspire Brands, Inc., Arby's Restaurant Group, Inc., Buffalo Wild Wings, Inc.

Defendants.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED that the above matter is dismissed without prejudice and without costs or disbursements awarded to any party.

Date: 5/15/2019                         KATE M. FOGARTY, CLERK

                                                s/Jackie Ellingson
                                        (By)   Jackie Ellingson, Deputy Clerk